```
                                                              FILED

         UNITED STATES DISTRICT COURT FOR THE                AUG -2 2022
            NORTHERN DISTRICT OF WEST VIRGINIA
                                                         U.S. DISTRICT COURT-WVND
                                                           WHEELING, WV 26003
```

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 5:22-CR-29 |
| BARRY LEE STADLER, | Violations: 21 U.S.C. § 841(a)(1) |
|  | 21 U.S.C. § 841(b)(1)(B)(vii) |
| Defendant. | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Possession with Intent to Distribute 100 Kilograms or More of Marijuana)

On or about April 21, 2022, in Ohio County, in the Northern District of West Virginia, defendant **BARRY LEE STADLER**, did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A True Bill,

_____
Grand Jury Foreperson

/s/ William Ihlenfeld
WILLIAM IHLENFELD
United States Attorney


Shawn M. Adkins
Assistant United States Attorney