PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs. BARRY LEE STADLER                    Docket No.: 5:22CR29

### Petition for Action on Conditions of Pretrial Release

      COMES NOW CORY W. BISH, U. S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Barry Lee Stadler, who was placed under pretrial release supervision by the Honorable James P. Mazzone, sitting in the Court at Wheeling, West Virginia, on August 30, 2022, under the following conditions:

See attached Conditions of Release

Respectfully presenting petition for action of court for cause as follows:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | The defendant has violated conditions (1), (7)(f), and (7)(r). On February 4, 2023, the defendant was involved in a traffic accident in Springfield, Illinois, and then fled the scene. A police officer contacted the defendant, but the defendant refused to return or meet to make a crash report. The defendant then received citations for the offenses of Leaving the Scene of an Accident-Vehicle Damage, Operating Uninsured Motor Vehicle, and Failure to Reduce Speed/Accident to Avoid Accident. (See attached copy of Illinois Traffic Report and Citations.) |
| | The defendant did not have permission to travel to Springfield, Illinois, and failed to notify his supervising officer of the law enforcement contact. |

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

[ ] Neither

PS8                                                   PS8 Petition for Action on Conditions of Pretrial Release

**Note:** The defendant's pretrial supervision is being conducted by the Western District of Michigan – Grand Rapids, as the defendant is a resident of that district. The defendant is being supervised by United States Probation Officer Kristina Snow. On August 30, 2022, the defendant appeared before The Honorable James P. Mazzone, in Wheeling, West Virginia, and entered a plea of guilty to Count One of the Indictment. Sentencing remains pending.

U. S. Pretrial Services Officer Recommendation:

      The term of supervision should be:

      [X] Revoked

      [ ] No action taken at this time

      [ ] The conditions of supervision should be modified as follows:



Respectfully,

*Cory W. Bish*

Cory W. Bish
U. S. Pretrial Services Officer
Place: Wheeling, West Virginia
Date: February 23, 2023

PS8                                  PS8 Petition for Action on Conditions of Pretrial Release

## THE COURT ORDERS

☐ No action
☑ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

ORDER OF COURT

Considered and ordered this ___23___ day
of ___Feb___, 20_23_ and ordered filed
and made a part of the records in the above
case.

_____
U. S. District Judge/Magistrate

-3-

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

**FILED**

AUG 3 0 2022

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

United States of America

v.

BARRY LEE STADLER
*Defendant*

)
)
)
)
)

Case No. 5:22-CR-29

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: 1125 Chapline Street, Wheeling, WV 26003

*Place*

on TO BE DETERMINED

*Date and Time*

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____

Page 1 of 3

## ADDITIONAL CONDITIONS OF RELEASE

<i>Custodian</i>            <i>Date</i>

( X ) (7)  The defendant shall:

( X ) (a)  submit to supervision by and report for supervision to    United States Probation
         telephone number    304-232-8474    no later than    AS DIRECTED

( X ) (b)  continue or actively seek employment.

(  ) (c)  continue or start an education program.

( X ) (d)  surrender any passport to:    Clerk WVND

( X ) (e)  not obtain a passport or other international travel document.

( X ) (f)  abide by the following restrictions on personal association, residence, or travel:    travel restricted to Northern District of West Virginia unless approved in advance by Pretrial Services.

( X ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:    anyone who is named in the indictment/information against you unless that person is your spouse, child, parent or sibling.

(  ) (h)  get medical or psychiatric treatment: _____

(  ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

(  ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X ) (k)  not possess a firearm, destructive device, or other weapon.

( X ) (l)  not consume alcohol.

( X ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless  prescribed by a medical practitioner.

( X ) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( X ) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(  ) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

     (  ) (i)  **Curfew.**  You are restricted to your residence everyday    from _____ to _____ or    as directed by the pretrial services office or supervising officer; or

     (  ) (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

     (  ) (iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

(  ) (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

     (  )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( X ) (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( X ) (s)  not purchase, possess or use any paraphernalia related to any controlled substance.

( X ) (t)  not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants, and shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.

( X ) (u)  not abuse prescription medication.

( X ) (v)  shall be prohibited from possessing a potentially vicious or dangerous animal or residing with anyone who possesses a potentially vicious or dangerous animal.  The Probation Officer has sole authority to determine what animals are considered to be potentially vicious or dangerous.

(  ) (w)  participate in a program of mental health counseling if directed by the pretrial services office or supervising officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   8-30-22

_____
*Judicial Officer's Signature*

James P. Mazzone, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

# ILLINOIS TRAFFIC CRASH REPORT

**\* IF YES TO COM VEH, COMPLETE LARGE TRUCK, BUS, OR HM VEHICLE AREA ON BACK \***

X002923199

\*P0119\*

82003

**TYPE OF REPORT**
- ☒ ON SCENE
- ☐ NOT ON SCENE (DESK REPORT)
- ☐ AMENDED

| TYPE OF REPORT | | |
|---|---|---|
| ☒ CITY | ☐ TOWNSHIP | |

**INVESTIGATING AGENCY**
SPRINGFIELD POLICE DEPARTMENT

**AGENCY CRASH REPORT NO.**
2023 | S23-8981

**HIGHWAY or STREET NAME**
NORTHFIELD DR

**ADDRESS NO.**

**COUNTY**
SANGAMON

**CITY**
SPRINGFIELD

**DATE OF CRASH**
02/04/2023

**TIME**
14:47

**AT INTERSECTION WITH**
N DIRKSEN PKY

**# OF MOTOR VEHICLES INVLD**
12

---

## UNIT 1

**NAME (LAST, FIRST, M)** STADLER, BARRY LEE
**DOB** 01/28/1977

HUDSONVILLE
**STATE** MI **ZIP** 49426

**MAKE** CHEVROLET **MODEL** SILVERADO **YEAR** 2015
**PLATE NO.** F------ **STATE** MI **YEAR** 2023
**VIN** 3GCUKSEC8FG504021

**DRIVER'S LICENSE NO.** NONE

---

## UNIT 2

**NAME (LAST, FIRST, M)** SMITH, JEREMY W
**DOB** 11/ /

**STREET ADDRESS**

**CITY** MECHANICSBURG
**STATE** IL **ZIP** 62545

**MAKE** PONTIAC **MODEL** G6 **YEAR** 2009
**PLATE NO.** **STATE** IL **YEAR** 2023
**VIN** 1G2ZG57B79A161902

**VEHICLE OWNER (LAST, FIRST, M)** SMITH, JEREMY W
**OWNER STREET, CITY, STATE, ZIP** PO BOX 131 MECHANICSBURG IL 62545

**DRIVER'S LICENSE NO.**

**TRI PERSON**

**EMS AGENCY**

**HOSPITAL (TAKEN TO)**

POLICY NUMBER AUT00407049
PHONE NUMBER 2174168916

INSURANCE CO. AAA
POLICY NUMBER

INSURANCE CO. STATE FARM
POLICY NUMBER

---

**DAMAGED PROPERTY**

**PROPERTY OWNERS ADDRESS, STREET, CITY, STATE, ZIP**

**PRIMARY CAUSE** 28
**SECONDARY CAUSE** 15

**POLICE NOTIFIED** 02/04/2023 **TIME** 14:47
**EMS NOTIFIED** **TIME**
**EMS ARRIVED** **TIME**
**ROAD CLEARANCE** 02/04/2023 **TIME** 15:00
**COURT DATE** 02/07/2023 **TIME** 09:00

**PASSENGERS & WITNESS ONLY**
WEBB, CHRISTINE /503 S CLINTON ST CLINTON IL 61727/ 2178713964

**SUPERVISOR ID** 559

**OFFICER ID** 675 **SIGNATURE** SUPERVISOR MCGILL

REMEMBER TO USE BLACK INK, PRESS HARD, PRINT LEGIBLY AND COMPLETE ALL REQUIRED FIELDS!

Printed by the authority of the State of Illinois

SR 1050 (JAN, 2019)

ANY TRUCK OR BUS OPERATING AS CMV, GOVERNMENT ENTITY, OR RENTAL MAY QUALIFY UNDER THESE DEFINITIONS

## LARGE TRUCK, BUS, OR HM VEHICLE

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating more than 10,000 pounds (example: truck or truck/trailer combination); or

2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus); or

3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car); or

4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or

5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CMV UNIT _____
CARRIER NAME _____
ADDRESS _____
CITY/STATE/ZIP _____
MOTOR CARR. ID _____
USDOT NO. _____   ILCC NO. _____
Source of above ☐ Side of Truck   ☐ Papers   ☐ Driver   ☐ Log Book

GVWR/GCWR ☐ <10,000   ☐ 10,000 - 26,000   ☐ >26,000

Were HAZMAT placards on vehicle? ☐ Yes   ☐ No
If Yes, Name on placard _____
4 digit UN NO. _____   1 digit Hazard class No. _____

Did HAZMAT spill from vehicle (do NOT consider FUEL from vehicle's own tank)? ☐ Yes   ☐ No   ☐ Unknown
Did HAZMAT Regulations violation contribute to the crash? ☐ Yes   ☐ No   ☐ Unknown
Did Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes   ☐ No   ☐ Unknown
Was a driver/vehicle Examination Report Form completed?
HAZMAT ☐ Yes   ☐ No   ☐ Unknown  Out of Service ☐ Yes   ☐ No
MCS ☐ Yes   ☐ No   ☐ Unknown  Out of Service ☐ Yes   ☐ No
Form Number _____

IDOT PERMIT NO. _____   WIDELOAD? ☐ Yes   ☐ No
TRAILER VIN 1 _____
TRAILER VIN 2 _____
TRAILER WIDTH(S) ☐ 0 - 96"   ☐ 97 - 102"   ☐ > 102"
TRAILER 1 _____ ft.
TRAILER 2 _____ ft.
TRAILER LENGTH(S) 1 _____ ft.   2 _____ ft.
TOTAL VEHICLE LENGTH _____   NO. OF AXLES _____

SELECT CODES FROM THE BACK OF CRASH BOOKLET
VEHICLE CONFIG. _____   CARGO BODY TYPE _____   LOAD TYPE _____

---

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to officer's arrival.

INDICATE NORTH BY ARROW

NARRATIVE (refer to vehicle by unit #)
UNIT 1 REAR ENDED UNIT 2 THAT WAS STOPPED AT RED LIGHT. DRIVER 1 THEN ARGUED WITH DRIVER 2 AND FLED BEFORE POLICE ARRIVED. I SPOKE WITH DRIVER 1 ON PHONE WHO ADMITTED TO REAR ENDING UNIT 2. DRIVER 1 REFUSED TO RETURN OR MEET TO MAKE CRASH REPORT. I CONTACTED INSURANCE COMPANY DRIVER 1 PROVIDED AND THEY ADVISED HIS VEHICLE IS NOT COVERED CURRENTLY.

LOCAL USE ONLY

U 1 COLOR BLACK
U 2 COLOR RED

U 1 TOWED ☐ DISABLING DAMAGE  ☒ NOT DISABLING DAMAGE  DAMAGE EXTENT: 1
DUE TO _____
U 2 TOWED ☐ DISABLING DAMAGE  ☒ NOT DISABLING DAMAGE  DAMAGE EXTENT: _____
DUE TO _____

U 1 Drug Tests   TOWED BY/TO: /
U 2 Drug Tests   TOWED BY/TO: /

ILLINOIS CITATION AND COMPLAINT
Springfield Police Department

E131006

DCN:

VIOLATOR COPY

COMPLAINT

Court Case #

Beat of Occurrence
100

ISP Dist. Assign.

County of
SANGAMON

City of
SPRINGFIELD

[X] PEOPLE STATE OF ILLINOIS

VS.

DEFENDANT

NAME
STADLER

BARRY

LEE

LAST

FIRST

MIDDLE NAME

SID #

ADDRESS

EYES
BROWN

[ ] FEMALE
[X] MALE

STREET

Apt #

CITY STATE ZIP
HUDSONVILLE MI 49426

HAIR
N

HEIGHT
5'11"

WEIGHT
235

DR. LIC

STATE
N

CDL

EXPIR. DATE
06/20/2024

DOB

The undersigned states that on   02/04/2023                 at   02:47 PM
Defendant did unlawfully operate:

VEHICLE

REG. NO.
EKB7159

STATE
MI

MO/YEAR
2023

US DOT #

MAKE
CHEVROLET

YEAR
2015

COLOR
BLACK

TYPE
664 TRUCK

VEHICLE USE:
COMMERCIAL MOTOR VEHICLE         YES [ ]  NO [X]
PLACARDED HAZ. MATERIAL          YES [ ]  NO [X]
16 OR MORE PASS. VEHICLE         YES [ ]  NO [X]

On a Policeman or Passenger, and upon a Public Highway, or other location, Specifically
NORTHFIELD DR AT N DIRKSEN PKY

Located in this County and State Aforesaid and Did Then and There Commit the Following Offense

[X] ILCS

VIOLATION

Leaving the Scene of an Accident -Vehicle Damage -Class A

Chapter   625        Act   5.0        Section   11-402-A
Nature of Offense

INCIDENT

ACCIDENT TYPE:   VEHICLE/OTHER PROPERTY DAMAGE

Report No.            CAD No.:

Visibility:            Road Conditions: Dry

Method:                Notations:

RELEASE

See Companion Citation #02/04/2023

Court Placement

CIRCUIT COURT LOCATION, DATE AND TIME
SANGAMON COUNTY COURT
Court Location:
200 S. Ninth - Courtroom 6C
Springfield, IL 62701
Date: 03/07/2023                    Time: 06:00 AM
[X] COURT APPEARANCE REQUIRED
SEE INSTRUCTIONS ON THE RIGHT

Under penalties as provided by law for false certification pursuant to Section 1-109 of
the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code
of 2012, the undersigned certifies that the statements set forth in this instrument are
true and correct.

02/04/2023
Date

Officer Signature: B. MCGILL ID# 675

---

Read These Instructions Carefully

Your ticket has been marked [X] COURT APPEARANCE
to come to court on the date, time and place noted in the C
on the ticket.

However if you want to plead "NOT GUILTY", complete the
entitled "Avoid Multiple Court Appearances" and mail to the
identified in the COURT PLACE/DATE section.
FAILURE TO APPEAR - ADMONISHMENTS TO THE VIOL

The method of release is noted in the "Release" section. The
appear or pay this ticket is determined by the method of relea
whether your ticket is marked "Court Appearance   Required"
Required" and may result in either a judgment of conviction be
fine, penalties, assessments, and costs as provided in the NOT
ENTRY OF JUDGMENT; or, the court may order other conseq

NOTICE TO APPEAR
The court may issue a warrant for your arrest.

NOTICE OF CONSENT FOR ENTRY OF JUDGMEN

If you were charged with an offense which does not r
court appearance, YOU ARE HEREBY NOTIFIED THAT

If you do not satisfy the charge(s) against you prior to
date set for your appearance or any date to which the
is continued, you do not submit a written plea of guilty
clerk at least three (3) days before the date, and you fai
answer the charge(s) or appear in court when required,
thereby consent to the entry of a judgment of conviction
against you in the amount of the statutory minimum fine
the assessment in the amount of the applicable schedule for the charg
offense as provided in the Criminal and Traffic Assessm
[705 ILCS 135/1 et seq.]. The total amount assessed ma
greater than the amount assessed on a guilty plea. Any
ball or other security you have deposited will be applie
payment. If you are an Illinois Driver and you fail to pa
any judgments imposed, a notice will be sent to the S
of State and your driver's license will not be renewed
or reclassified, until full payment is received.



ILLINOIS CITATION AND COMPLAINT
Springfield Police Department

E131007

VIOLATOR COPY

Operating Uninsured Motor Vehicle (No Insurance)

COURT APPEARANCE REQUIRED
SEE INSTRUCTIONS ON THE RIGHT

Officer Signature: B. MCGILL ID# 675

**ILLINOIS CITATION AND COMPLAINT**
Springfield Police Department

**E131008**

DCN:

**VIOLATOR COPY**

| Court Case # | Beat of Occurrence 100 | ISP Dist. Assign. |

| County of SANGAMON | City of SPRINGFIELD |

☒ PEOPLE STATE OF ILLINOIS                                    VS.

| NAME STADLER | BARRY | LEE | SID # |
| LAST | FIRST | MIDDLE NAME |

ADDRESS

| STREET | Apt. # | EYES BROWN | ☐ FEMALE  ☒ MALE |
| CITY STATE ZIP HUDSONVILLE MI 49426 | | HAIR BROWN | HEIGHT 5'11" | WEIGHT 235 |
| DR. LIC. | STATE | CDL N | EXPR. DATE 08/26/2024 | DOB |

The undersigned states that on 02/04/2020 at 02:47 PM
Defendant did unlawfully operate:

| REG. NO. | STATE MI | MO/YEAR 2023 | US DOT # |
| MAKE CHEVROLET | | YEAR 2015 | COLOR BLACK |
| TYPE 094 TRUCK | VEHICLE USE: COMMERCIAL MOTOR VEHICLE  YES ☐  NO ☒ PLACARDED HAZ. MATERIAL  YES ☐  NO ☒ 16 OR MORE PASS. VEHICLE  YES ☐  NO ☒ |

Or as a Pedestrian or Passenger, and upon a Public Highway, or other location, Specifically
NORTHFIELD DR AT N DIRKSEN PKY

Located in the County and State Aforesaid and Did Then and There Commit the Following Offense

☒ ILCS
Fail to Reduce Speed/Accident to Avoid Accident -Petty Offen

| Chapter 625 | MPH in a  MPH Zone | Act 5.0 | Section 11-601-A |

Nature of Offense

**ACCIDENT TYPE:**   VEHICLE/OTHER PROPERTY DAMAGE
Report No.:                                CAD No.:
Visibility:                        Road Conditions:  Dry
Method:                            Notations:

See Companion Citation #02/04/2023

CIRCUIT COURT LOCATION, DATE AND TIME
SANGAMON COUNTY COURT
Court Location:
200 S. Ninth - Courtroom 6C
Springfield, IL 62701
Date: 03/07/2023            Time: 09:00 AM
☒ COURT APPEARANCE REQUIRED
SEE INSTRUCTIONS ON THE RIGHT

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

02/04/2023
Date

B. M'Gill 675
Officer Signature: B. MCGILL ID# 675

**Read These Instructions Carefully**

Your ticket has been marked ☒ COURT APPEARANCE to come to court on the date, time and place noted in the C on the ticket.

However if you want to plead "NOT GUILTY", complete the p entitled "Avoid Multiple Court Appearances" and mail to the c identified in the COURT PLACE/DATE section.

**FAILURE TO APPEAR - ADMONISHMENTS TO THE VIOLA**

The method of release is noted in the "Release" section. The appear or pay this ticket is determined by the method of release whether your ticket is marked "Court Appearance Required" fine, penalties, assessments, and costs as provided in the NOT ENTRY OF JUDGMENT; or, the court may order other consequ

**NOTICE TO APPEAR**
The court may issue a warrant for your arrest.

**NOTICE OF CONSENT FOR ENTRY OF JUDGMEN**
If you were charged with an offense which does not r court appearance, YOU ARE HEREBY NOTIFIED THAT

If you do not satisfy the charge(s) against you prior to date set for your appearance or any date to which the is continued, you do not submit a written plea of guilty clerk at least three (3) days before the date, and you fa answer the charge(s) or appear in court when required, thereby consent to the entry of a judgment of conviction against you in the amount of the statutory minimum fine the assessment in the applicable schedule for this charg attorney as provided in the Criminal and Traffic Assess (705 ILCS 135/1 et seq.). The total amount assessed c greater than the amount assessed for a guilty plea. No bail or other security you have deposited will be app payment. If you are an Illinois Driver and you fail to any judgment imposed, a notice will be sent to the of State and your driver's license will not be renew or reclassified, until full payment is received.