# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.                                                                **Criminal No.:  5:22-CR-29**

**BARRY STADLER,**

       **Defendant.**

## MOTION TO DETAIN

In view of the Pretrial Services Officer's petition in this matter, the United States moves to detain the defendant pursuant to Rule 46 of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3142(e), 3148.

**DATED:**  March 20, 2023

                                                    Respectfully submitted,
                                                    WILLIAM IHLENFELD
                                                    United States Attorney

                                                    /s/ Shawn M. Adkins
                                                    Shawn M. Adkins
                                                    Assistant United States Attorney
                                                    WV Bar No. 11601
                                                    1125 Chapline Street, Suite 3000
                                                    Wheeling, WV 26003
                                                    Telephone: (304) 232-0100

## CERTIFICATE OF SERVICE

I, Shawn M. Adkins, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on March 20, 2023, the foregoing United States' Motion to Detain was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brendan S. Leary, Esq.
*Counsel for Barry Stadler*

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By: /s/ Shawn M. Adkins
Shawn M. Adkins
Assistant United States Attorney