# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                              Case No.:   **5:22CR29**
                                                        **(BAILEY)**

**BARRY LEE STADLER,**

    **Defendant.**

## BOND REVOCATION HEARING ORDER

On March 21, 2023, came the United States of America ("Government"), by Jennifer Conklin, Assistant United States Attorney, and also came Defendant, in person and by counsel, Brendan Leary, for a hearing on the Petition for Action on Conditions of Pretrial Release, in accordance with 18 U.S.C. § 3148 and the Bail Reform Act, 18 U.S.C. § 3142(f). The Probation Officer was also present.

On August 30, 2022, Defendant, Barry Lee Stadler, was placed on Pretrial Release under various conditions. On February 23, 2023, the Probation Office filed a petition with the Court recommending action based upon alleged violations of the terms of Defendant's pretrial release.

At the hearing on this matter, the parties presented evidence and arguments.  Based upon the same, the Court would find that that there is clear and convincing evidence that Defendant has violated his conditions of release, and specifically by failing to report contact with law enforcement officers.  The Court would find, however, that the violation does not rise to the level of necessitating revocation of Defendant's bond.  Accordingly, the Government's Motion [30] for Detention is **DENIED**.  Defendant is **RELEASED** on the previously imposed terms and

conditions of release.

The following terms of release also apply:  Defendant resides in the Western District of Michigan, and his pretrial release supervision is being conducted by the Western District of Michigan – Grand Rapids by United States Probation Officer, Kristina Snow.  **Any travel outside of the Western District of Michigan, for employment purposes only, must be preapproved. Defendant must report on a weekly basis to his supervising officer in a format established between Defendant and the supervising officer**.

The Court directs the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Entered: 3/21/2023

*/s/ James P. Mazzone*
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE